**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-1171-PHX-JJT |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| Juan Francisco Cardenas-Higuera, | |
| Defendant. | |

On September 17, 2018, defendant, Juan Francisco Cardenas-Higuera, appeared before this Court on a petition to revoke conditions of release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release (allegation 2 of the petition) and that there is no condition or combination of conditions available to the Court that would reasonably assure the defendant's appearance at further court proceedings and reasonably assure the safety of the community. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 18th day of September, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge